Referred to in 4 Yeates 316.

## Hannah Moore *against* Frederick Heiss.

Eight days notice of the execution of a writ of inquiry of damages is to be served personally. On foreign attachments the notices are put up in the prothonotary's office.

MOTION to set aside inquisition of damages, finding for the plaintiff 574 dollars for the maintenance of a bastard child. Several objections were made thereto; but the one relied upon was, that there had been but four days notice given of the execution of the writ. In England, if the defendant lives within 40

[Irwin's Lessee *v.* Bear and Owen.]

computed miles from London, there must be eight days notice of inquiry, exclusive of the day it is given. 1 Tidd's Pract. 319. And such is the practice of Pennsylvania.

This was denied by the plaintiff's counsel.

But the prothonotary, and all the elder practitioners present at the bar, certifying that it had been the uniform practice to give to the defendant eight days notice of the execution of the writ of inquiry, except in foreign attachments, wherein the notice was put up in the prothonotary's office ; the inquisition was set aside by the court.

Messrs. J. Sergeant and Browne, *pro quer.*

Messrs. Rawle and Milnor, *pro def.*

[*Absente,* SHIPPEN, C. J. and BRACKENRIDGE, J.]

A second inquisition was afterwards executed, finding for the plaintiff six cents damages, and six cents costs.